# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0279

VERSUS

DARRYL STOVAL                                              **JUNE 21, 2022**

---

In Re:    Darryl Stoval, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-07-0801.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

　　**WRIT DENIED AS MOOT.** The record of the East Baton Rouge
Parish Clerk of Court shows that on July 7, 2021, the district
court denied relator's second application for postconviction
relief. Therefore, relator's request for mandamus relief is
moot. ‑ In the event relator elects to file a new application
with this court seeking review of the ruling, he may do so
without the necessity of obtaining a return date. Any new
application should include a copy of the State's response, the
relevant documents and transcripts from the district court
record that might support the claims raised in the second
application for postconviction relief, and a copy of this
ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn̄_

DEPUTY CLERK OF COURT
     FOR THE COURT